**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**OVIDIO JESUS COLMENARES PEREZ,**

                    **Petitioner,**

          **-against-**

**PAUL ARTETA, et al.,**

                    **Respondents.**

**26-cv-5252 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict in schedule for counsel for the Respondents, the status conference previously scheduled for August 5, 2026, is **ADJOURNED** to August 5, 2026, at 11:00 a.m. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** August 4, 2026
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**