UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OVIDIO JESUS COLMENARES PEREZ,

                          Petitioner,

                -against-                                    26-cv-5252 (ALC)

   PAUL ARTETA, et al.,                                     **ORDER**

                          Respondents.

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a hearing for Friday, August 7, 2026, at 2:00 p.m.  All parties shall

appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** August 5, 2026
        **New York, New York**                    _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**