**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**OVIDIO JESUS COLMENARES PEREZ,**

**Petitioner,**

**-against-**

**PAUL ARTETA, et al.,**

**Respondents.**

**26-cv-5252 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that the relief requested in this case has been provided, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:** October 1, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**